**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6794

WILLIAM THORNTON BLAKEY,

Plaintiff - Appellant,

versus

J. TURNER, Counselor; CARA BELLO, Manager,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CA-99-39-3)

Submitted:  October 21, 1999          Decided:  October 27, 1999

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Thornton Blakey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant William Blakey seeks to appeal the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, although we grant the motion to proceed without prepayment of fees under the Prisoner Litigation Reform Act, 28 U.S.C.A. § 1915(b) (West Supp. 1999), we affirm on the reasoning of the district court. See Blakey v. Turner, No. CA-99-39-3 (E.D. Va. May 27, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED